CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 26 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL BUCHANAN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07cv00296 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LENIS PHIPPS, et al., | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A, and plaintiff's request for injunctive relief is **DENIED**. Any pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 26th day of June, 2007.

                                                    /s/ Jackson L. Kiser
                                                  Senior United States District Judge

Dockets.Justia.com